OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Tramonte Distributing Company, Appellee, v. Canandaigua Wine Company, Inc. et al., Appellants.
[Cite as Tramonte Distrib. Co. v. Canandaigua Wine Co. (1994),     Ohio St.3d     .]
Commercial transactions -- Alcoholic beverages franchise not created by operation of law pursuant to R.C. 1333.83 through the mere existence of a written contract between a manufacturer and distributor of such products, where the contract disclaims any intention to create such a relationship and the contract term is for less than six months.
(No. 93-311 -- Submitted January 25, 1994 -- Decided March 23, 1994.)
Appeal from the Court of Appeals for Summit County, NO. 15620.

Buckingham, Doolittle & Burroughs and Orville L. Reed III, for appellee.
Jones, Day, Reavis & Pogue, John W. Edwards, Kathleen B. Burke and John M. Majoras, for appellants.
Stark & Knoll Co., L.P.A., Thomas G. Knoll and Leonard W. Stauffenger, for appellant House of La Rose, Inc.

The judgment of the court of appeals is reversed and the cause is remanded to the trial court to reinstate its judgment on authority of Tri County Distrib., Inc. v. Canandaigua Wine Co. (1993), 68 Ohio St.3d 123, 623 N.E.2d 1206.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.